UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ISAAC MARTINEZ, | ) | No. CV 11-5640-JAK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| S. HUBBARD, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 2/3/16

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE